**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANK RODRIGUEZ, | ) | NO. CV 13-7069-GW(E) |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| LEROY BACA, et al., | ) | |
| | ) | |
|         Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 21, 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE